1 | SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
2 | ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
3 | JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
4 | **SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
5 | Roseville, CA 95661
408-279-2299
6 | 408-279-2299 (f)

7

8 | Attorneys for Plaintiff
Arline Weinger

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| ARLINE WEINGER, | ) CASE NO. 5:17-cv-05423-BLF |
|---|---|
| Plaintiff, | ) |
| vs. | ) **JOINT STIPULATION OF** |
|  | ) **DISMISSAL WITH PREJUDICE,** |
| BMW FINANCIAL SERVICES, and DOES 1 | ) **PURSUANT TO FED. R. CIV. P.** |
| THROUGH 100 INCLUSIVE; | ) **41(a); AND [PROPOSED] ORDER** |
| Defendants. | ) |

Plaintiff Arline Weinger ("Plaintiff") and Defendant BMW Financial Services NA, LLC ("BMW FS"), by and through their respective counsel, hereby stipulate and agree that all matters between them have been resolved, and that Plaintiff's complaint, including all causes of action alleged therein, against BMW FS should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs and attorneys' fees.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a); AND [PROPOSED] ORDER – 5:17-CV-05423-BLF**

Respectfully submitted,

Date: May 9, 2018

*s/ Elliot W. Gale*
Elliot W. Gale
Sagaria Law, P.C.
*Counsel for Plaintiff Arline Weinger*

Date: May 9, 2018

*/s/ Dustin A. Linden*
Dustin A. Linden
Strook & Strook & Lavan, LLP
*Counsel for Defendant BMW Financial Services NA, LLC*

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.
*/s/ Elliot Gale*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff Arline Weinger's complaint, and all causes of action alleged therein, against Defendant BMW Financial Services, NA, LLC is dismissed with prejudice. The parties shall each bear their own costs and attorneys' fees.

Date: _____          _____
                                       BETH L. FREEMAN
                                       U.S. DISTRICT JUDGE, United States District
                                       Court, Northern District of California

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a); AND [PROPOSED] ORDER – 5:17-CV-05423-BLF**